CHIP STEAK CO., INC., et al.,
Appellants,

v.

Clifford HARDIN, Secretary of Agri-
culture, et al., Appellees.

No. 72–1212.

United States Court of Appeals,
Ninth Circuit.

Oct. 31, 1972.

Rehearing Denied Nov. 28, 1972.

George A. McKray (argued), San
Francisco, Cal., for appellants.

Leonard Schaitman (argued), Morton
Hollander, Washington, D. C., James L.
Browning, Jr., U. S. Atty., Brian Denton,
Asst. U. S. Atty., San Francisco, Cal.,
Harlington Wood, Jr., Asst. Atty. Gen.,
Washington, D. C., for appellees.

Before ELY and GOODWIN, Circuit
Judges, and FERGUSON, District
Judge.*

PER CURIAM:

A meat processor sought injunctive
and declaratory relief in the district
court against enforcement of a United
States Department of Agriculture regu-
lation which proscribes the addition of
sorbic acid to processed meat products.
From a summary judgment in favor of
the Secretary of Agriculture, the proces-
sor appeals.

The district court decision is reported
in Chip Steak Co. v. Hardin, 332 F.Supp.
1084 (N.D.Cal.1971). The district
court's careful and comprehensive memo-
randum opinion fully states the law and
the facts.

The challenged U.S.D.A. regulation,
found at 9 C.F.R. § 318.7(d)(2), was
adopted pursuant to the Federal Meat In-
spection Act of 1907, 34 Stat. 1260, as
amended by the Wholesome Meat Act of
1967, Pub.L. 90–201, 81 Stat. 584, 21
U.S.C. § 601, et seq. (Supp.1971). The
regulation provides:

"(d) No substance may be used in
or on any product if it conceals dam-
age or inferiority or makes the prod-
uct appear to be better or of greater
value than it is. Therefore:

" * * *

"(2) Sorbic acid, calcium sorbate,
sodium sorbate, and other salts of sor-
bic acid may not be used in cooked
sausage or any other product * *."

Chip Steak attacks the regulation on a
variety of procedural grounds. We
agree with the district court that the
asserted deficiencies in the department's
rule-making procedure afford no basis
for attacking the regulation.

Affirmed.